UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1372 FMO (RAOx) | Date | November 25, 2019 |
|---|---|---|---|
| Title | Dwain Lammey v. Home Depot U.S.A. Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Cheryl Wynn | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause

On the court's own motion, IT IS ORDERED THAT counsel for the parties shall appear on **Thursday, December 5, 2019,** at **10:00 a.m.** in courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of November 13, 2019. Failure to appear on the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court, pursuant to Local Rule 41. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003). The hearing shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

| | 00 : 00 |
|---|---|
| | Initials of Preparer cw |