JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | Case No. CV 19-1372 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOME DEPOT USA, Inc., | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge